UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDAL JEROME DALAVAI,<br><br>                               Plaintiff,<br><br>v.<br><br>UNIVERSITY OF CALIFORNIA SAN DIEGO HEALTH et al.,<br><br>                               Defendants. | Case No.:  22-CV-1471-CAB-WVG<br><br>**ORDER DENYING MOTION FOR**<br><br>[Doc. No. 16] |

After a hearing, the Court entered an order dismissing this case with prejudice. [Doc. No. 15.] Plaintiff now moves for relief from that order. [Doc. No. 16.] Plaintiff's motion does not set forth any basis for relief from the Court's dismissal of this case, and the case shall remain dismissed with prejudice for all of the reasons articulated by the Court at the November 17, 2022, hearing, and in the order dismissing the case. Specifically:

1. Plaintiff lacks Article III standing to bring a claim in his individual capacity under either 42 U.S.C. §13955dd ("EMTALA") or other federal statutes arising out of treatment provided to Geetha Dalavai by the defendants;

2. Plaintiff may not appear *pro se* to assert claims (either under EMTALA or otherwise) in his capacity as representative of the Estate of Geetha Dalavai; and,

    3. The Court declines to exercise supplemental jurisdiction over any state law claims that Plaintiff may have as an individual or that he intends to pursue on behalf of the Estate of Geetha Dalavai.

Accordingly, the motion is **DENIED** and this case remains **CLOSED**. No further filings will be accepted in this case. As stated in the prior order, should Plaintiff obtain counsel on behalf of the Estate, the Estate may file a new complaint with a new case number, but asserting only claims under EMTALA as to the hospital(s), and not the physicians.[1] *See West v. Huxol*, 135 F.Supp.3d 590 (W.D. Ky. 2015) (EMTALA does not provide private cause of action against physicians). To the extent Plaintiff intends to pursue state law claims, either individually or in his capacity as representative of the Estate, he is free to pursue those claims in state court.

**IT IS SO ORDERED.**

Dated: November 30, 2022

                                              Hon. Cathy Ann Bencivengo
United States District Judge

---

[1] The Court does not take a position on whether such a complaint would be barred by the statute of limitations.