UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDAL JEROME DALAVAI,<br><br>Plaintiff,<br><br>v.<br><br>DONNA LOZA (OFFICIAL CAPACITY), DEO BESANA (OFFICIAL CAPACITY),<br><br>Defendants. | Case No.: 22-CV-1471-CAB-DDL<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR SCHEDULING ORDER**<br><br>[Doc. No. 85] |

Plaintiff Randal Jerome Dalavai, proceeding pro se, brings a 42 U.S.C. § 1983 action against Defendants Donna Loza and Deo Besana. [Doc. No. 72.] On March 6, 2025 Plaintiff entered Proofs of Service of Defendants. [Doc. No. 77.] Defendants have not responded to Plaintiff's complaint or made an appearance in Court.

Plaintiff now moves for a scheduling order permitting discovery. The Federal Rules of Civil Procedure typically require parties to hold a Rule 26(f) conference prior to seeking discovery. Fed. R. Civ. P. 26(d)(1). A court can award discovery prior to that point, but only upon a showing of good cause. *See Microsoft Corp. v. Mai*, No. C09-0474-RAJ, 2009

WL 1393750, at *5 (W.D. Wash. May 15, 2009).  Because Defendants have not responded and Plaintiff has not made a showing of good cause, the Court cannot grant early discovery. Accordingly, Plaintiff's motion is **DENIED**.

It is **SO ORDERED.**

Dated:  April 8, 2025

_____
Hon. Cathy Ann Bencivengo
United States District Judge