# MINUTE ORDER OF THE UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Case Name: | **RANDAL JEROME DALAVAI v. DONNA LOZA (OFFICIAL CAPACITY), DEO BESANA (OFFICIAL CAPACITY)** | Case Number: 22-CV-1471-CAB-DDL |

Hon. Cathy Ann Bencivengo    Ct. Deputy Lori Hernandez    Rptr Tape: [Reporter Tape]

The Court rejects Plaintiff's Motion for Default Judgement [Doc. No. 88] as premature. Plaintiff is required to file a request for default under Fed. R. Civ. P. 55(a).

Date: April 14, 2025                                                                 Initials: REO