Randal Jerome Dalavai
14332 Mountain Rd.
Poway, CA 92064
(872)-232-0713
randaljerome@gmail.com

Plaintiff, In Pro Se

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFONIA

| | |
|---|---|
| RANDAL JEROME DALAVAI, **Plaintiff,** vs. DONNA LOZA (OFFICIAL CAPACITY); DEO BESANA (OFFICIAL CAPACITY); **Defendant(s)** | **Case No.:** 3:22-cv-01471-CAB-DDL **REQUEST FOR ENTRY OF DEFAULT** |

//
//
//
//
//
//
//
//
//
//

1

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA:**

Plaintiff Randal Jerome Dalavai respectfully requests that the Clerk enter default against Defendants Deo Besana and Donna Loza, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

As set forth in the attached Declaration of Randal Jerome Dalavai and the supporting exhibits filed concurrently herewith:

1. Both Defendants were served with the Summons, Court Order and operative Third Amended Complaint on February 25, 2025, and the Proofs of Service were filed with the Court on March 6, 2025 (ECF No. 77).

2. More than 21 days have elapsed since service, and neither Defendant has filed an answer, motion, or other responsive pleading.

3. Plaintiff has obtained affidavits from ATEX Investigations, a licensed third-party service, confirming that neither Defendant is currently on active-duty military status in compliance with the Servicemembers Civil Relief Act (50 U.S.C. § 3931).

4. A declaration from Akiba T. Miniefee, a registered process server, confirms that neither Defendant is an infant or incompetent person.

Accordingly, Plaintiff respectfully requests that the Clerk enter default against both Defendants pursuant to Rule 55(a).

2

**DATED:** <u>April 22, 2025</u>

                        **Respectfully submitted,**

<u>S/ Randal Jerome Dalavai</u>

**Randal Jerome Dalavai**

**Plaintiff In Pro Se**