Randal Jerome Dalavai
14332 Mountain Rd.
Poway, CA 92064
(872)-232-0713
randaljerome@gmail.com

Plaintiff, In Pro Se

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFONIA

| | |
|---|---|
| RANDAL JEROME DALAVAI, | **Case No.:** 3:22-cv-01471-CAB-DDL |
| **Plaintiff,** | |
| vs. | **DECLARATION OF PLAINTIFF IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT** |
| DONNA LOZA (OFFICIAL CAPACITY); DEO BESANA (OFFICIAL CAPACITY); | |
| **Defendant(s)** | |

I, Randal Jerome Dalavai, declare:

1. I am the Plaintiff in this matter and make this declaration in support of my Request for Entry of Default against Defendants Deo Besana and Donna Loza under Rule 55(a) of the Federal Rules of Civil Procedure.

2. Both Defendants were served with the Summons and Third Amended Complaint on **February 25, 2025**. The executed **Proofs of Service** were filed with the Court on **March 6, 2025**, under ECF No. 77 and its supporting documents.

3. More than 21 days have passed since service, and neither Defendant has answered, appeared, or otherwise defended this action. I have reviewed the Court's official docket, and it reflects no response or appearance by either Defendant.

4. I retained **ATEX Investigations**, a third-party service, to verify military status in compliance with the **Servicemembers Civil Relief Act (50 U.S.C. § 3931)**. The official affidavits confirm that **neither Defendant is on active military duty**.

5. Additionally, I submit a **Declaration from Akiba T. Miniefee**, a registered process server, which confirms that **neither Defendant is an infant, nor an incompetent person** based on publicly available information and professional diligence.

6. The following exhibits are submitted:

- **Exhibit 1**: SMCRA Affidavit for Deo Besana (ATEX Investigations)
- **Exhibit 2**: SMCRA Affidavit for Donna Loza (ATEX Investigations)
- **Exhibit 3**: Current Docket Report as of April 22, 2025
- **Exhibit 4**: Proofs of Service (ECF No. 77 and attachments)
- **Exhibit 5**: Declaration of Akiba T. Miniefee

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on April 22, 2025, in Poway, California.

<u>S/ Randal Jerome Dalavai</u>
Randal Jerome Dalavai
***Plaintiff, Pro Se***
(872)-232-0713
randaljerome@gmail.com