# EXHIBIT 3

APPEAL,REOPEN,Rule60b

# U.S. District Court
## Southern District of California (San Diego)
## CIVIL DOCKET FOR CASE #: 3:22−cv−01471−CAB−DDL

Dalavai v. University of California San Diego Health et al
Assigned to: Judge Cathy Ann Bencivengo
Referred to: Magistrate Judge David D. Leshner
Case in other court:  USCA, 23−55411
                USCA, 25−02109
Cause: 42:1395 Emergency Medical Treatment and Active
Labor Act

Date Filed: 09/29/2022
Jury Demand: Plaintiff
Nature of Suit: 360 P.I.: Other
Jurisdiction: Federal Question

**Plaintiff**

**Randal Jerome Dalavai**
*PRO SE ALLOWED TO E−FILE*

represented by **Randal Jerome Dalavai**
14332 Mountain Road
Poway, CA 92064
872−232−0713
Email: randaljerome@gmail.com
PRO SE

**Lenden Franklin Webb**
Webb Law Group, APC
10509 Vista Sorrento Parkway
Suite 450
San Diego, CA 92121
619−399−7700
Email: Service@webblawgroup.com
*TERMINATED: 10/17/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**University of California San Diego
Health**
*Hospital entity unknown*
*TERMINATED: 02/11/2025*
*also known as*
UC San Diego Health

**Defendant**

**Inland Valley Medical Center**
*Hospital*
*TERMINATED: 11/11/2024*

**Defendant**

**Dr. Timothy M. Fernandes**
*M.D.*
*TERMINATED: 11/11/2024*

**Defendant**

**Dr. Natalia Chavez Stewart**
*M.D., an Individual*
*TERMINATED: 11/11/2024*

**Defendant**

**Dr. Alex Davila**
*M.D., an Individual*
*TERMINATED: 11/11/2024*

**Defendant**

**Reuben Lakshmanan**
*M.D., an Individual*
*TERMINATED: 11/11/2024*

**Defendant**

**Dr. Norman Orr**
*M.D., an Individual*
*TERMINATED: 11/11/2024*

**Defendant**

**Dr. Benjamin Tsai**
*M.D., an Individual*
*TERMINATED: 11/11/2024*

**Defendant**

**Dr. Mohammed Suhail**
*M.D., an Individual*
*TERMINATED: 11/11/2024*

**Defendant**

**Dr. Douglas A. Green**
*M.D., an Individual*
*TERMINATED: 11/11/2024*

**Defendant**

**Dr. John C. Kim**
*M.D., an Individual*
*TERMINATED: 11/11/2024*

**Defendant**

**Dr. Steven C. Howe**
*M.D., an Individual*
*TERMINATED: 11/11/2024*

**Defendant**

**Dr. Stefan Sein**
*M.D., an Individual*
*TERMINATED: 11/11/2024*

**Defendant**

**Dr. Alex Kristine Pearce**
*M.D., an Individual*
*TERMINATED: 11/11/2024*

**Defendant**

**Dr. Gordon Lap–Kay Yung**
*M.D., an Individual*
*TERMINATED: 11/11/2024*

**Defendant**

**Dr. Javier R. Rios**
*M.D., an Individual*
*TERMINATED: 11/11/2024*

**<u>Defendant</u>**

**Dr. Patricia S. Juang**
*M.D., an Individual*
*TERMINATED: 11/11/2024*

**<u>Defendant</u>**

**Dr. Kelsey Ann Luoma**
*M.D., an Individual*
*TERMINATED: 11/11/2024*

**<u>Defendant</u>**

**Dr. Gregory David Middleton**
*M.D.,an Individual*
*TERMINATED: 11/11/2024*

**<u>Defendant</u>**

**Dr. Annen Cowell**
*M.D., An Individual*
*TERMINATED: 11/11/2024*

**<u>Defendant</u>**

**Dr. Jejo D. Koola**
*M.D., an Individual*
*TERMINATED: 11/11/2024*

**<u>Defendant</u>**

**Dr. Annie N. Cowell**
*M.D., an Individual*
*TERMINATED: 11/11/2024*

**<u>Defendant</u>**

**Dr. Kira Anne Skavinski**
*DO, an Individual*
*TERMINATED: 11/11/2024*

**<u>Defendant</u>**

**Dr. Eric Jon Mlodzinski**
*M.D., an Individual*
*TERMINATED: 11/11/2024*

**<u>Defendant</u>**

**Dr. Naveen Gupta**
*M.D., an Individual*
*TERMINATED: 11/11/2024*

**<u>Defendant</u>**

**Dr. Daniel Calac**                              represented by  **Rita R Kanno**
*M.D., an Individual*                                            Lewis Brisbois Bisgaard & Smith LLP
*TERMINATED: 02/11/2025*                                         550 West C Street
                                                                 Suite 1700
                                                                 San Diego, CA 92101
                                                                 619–499–4969
                                                                 Fax: 619–233–8627
                                                                 Email: rita.kanno@lewisbrisbois.com
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

**<u>Defendant</u>**

**Dr. Laurence H. Boggeln**
*M.D., an Individual*
*TERMINATED: 02/11/2025*

represented by **Rita R Kanno**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dr. Jennifer M. Quartarolo**
*M.D., an Individual*
*TERMINATED: 11/11/2024*

**Defendant**

**Dr. Abhishek Gadre**
*M.D., an Individual*
*TERMINATED: 11/11/2024*

**Defendant**

**Dr. Michelle Pei Zhang**
*M.D., an Individual*
*TERMINATED: 11/11/2024*

**Defendant**

**Dr. Jaswinder P. Bajwa**
*M.D., an Individual*
*TERMINATED: 11/11/2024*

**Defendant**

**Dr. Sherry Shuyan Zhang**
*M.D., an Individual*
*TERMINATED: 11/11/2024*

**Defendant**

**Doe**
*1st Physician Certifying Terminal illness*
*at Elizabeth Hospice, an Individual*
*TERMINATED: 11/11/2024*

**Defendant**

**Doe**
*2nd Physician Certifying Terminal illness*
*At Elizabeth Hospice, an Individual*
*TERMINATED: 11/11/2024*

**Defendant**

**The Regents of the University of California**
*TERMINATED: 02/11/2025*

represented by **Lauren Hardisty**
LOTZ, DOGGETT & RAWERS LLP
101 W. Broadway Suite 1110
San DIego, CA 92101
619–233–5565
Email: lhardisty@ldrlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Universal Health Services Of Rancho Springs, Inc.**
*TERMINATED: 02/11/2025*
*doing business as*
Inland Valley Medical Center
*doing business as*

represented by **Moira Brennan**
Dummit Buchholz & Trapp
101 W. Broadway
Suite 1400
San Diego, CA 92101
619–231–7738

Southwest Healthcare System

Fax: 619–231–0886
Email: moira.brennan@dbt.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Karen Yvonne Dalavai**
*nominal defendant*
*TERMINATED: 02/11/2025*

**Defendant**

**Jane Sheril Dalavai**
*nominal defendant*
*TERMINATED: 02/11/2025*

**Defendant**

**Emil Jason Dalavai**
*nominal defendant*
*TERMINATED: 02/11/2025*

**Defendant**

**Donna Loza**
*official capacity*

**Defendant**

**Deo Besana**
*official capacity*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/29/2022 | 1 | COMPLAINT with Jury Demand against Jaswinder P. Bajwa, Laurence H. Boggeln, Daniel Calac, Natalia Chavez Stewart, Anne N. Cowell, Annie N. Cowell, Alex Davila, Doe(2nd Physician Certifying Terminal illness At Elizabeth Hospice, an Individual), Doe(1st Physician Certifying Terminal illness at Elizabeth Hospice, an Individual), Timothy M. Fernandes, Abhishek Gadre, Douglas A. Green, Naveen Gupta, Steven C. Howe, Inland Valley Medical Center, Patricia S. Juang, John C. Kim, Jejo D. Koola, Reuben Lakshmanan, Kelsey Ann Luoma, Gregory David Middleton, Eric Jon Mlodzinski, Norman Orr, Alex Kristine Pearce, Jennifer M. Quartarolo, Javier R. Rios, Stefan Sein, Kira Anne Skavinski, Mohammed Suhail, Benjamin Tsai, University of California San Diego Health, Gordon Lap–Kay Yung, Michelle Pei Zhang, Sherry Shuyan Zhang ( Filing fee $ 402 receipt number CAS140831.), filed by Randal Jerome Dalavai. (Attachments: # 1 Civil Cover Sheet, # 2 Receipt) <br><br>The new case number is 3:22–cv–1471–CAB–WVG. Judge Cathy Ann Bencivengo and Magistrate Judge William V. Gallo are assigned to the case. (Dalavai, Randal Jerome)(ggv) (anh). (Entered: 09/30/2022) |
| 09/29/2022 | 2 | Summons Issued. **Counsel receiving this notice electronically should print this summons and serve it in accordance with Rule 4, Fed.R.Civ.P and LR 4.1. Summons has been provided to plaintiffs not receiving notice electronically.** (ggv) (anh). (Entered: 09/30/2022) |
| 10/03/2022 | 3 | Amended Summons Issued. **Counsel receiving this notice electronically should print this summons and serve it in accordance with Rule 4, Fed.R.Civ.P and LR 4.1. Summons will be mailed to plaintiffs not receiving notice electronically.** (ggv) (anh). (Entered: 10/03/2022) |
| 10/03/2022 | 4 | ORDER Setting Show Cause Hearing. Signed by Judge Cathy Ann Bencivengo on 10/3/2022.(All non–registered users served via U.S. Mail Service)(anh) (Entered: 10/03/2022) |

| 10/11/2022 | 5 | MOTION for Continuance of Order to Show Cause Hearing on October 17,2022 at 2:00 PM to October 31, 2022 or any Other Available Dates by Randal Jerome Dalavai. (anh) (Entered: 10/12/2022) |
| --- | --- | --- |
| 10/12/2022 | 6 | ORDER Continuing Show Cause Hearing [Doc. No. 5 ]. Signed by Judge Cathy Ann Bencivengo on 10/12/2022. (All non–registered users served via U.S. Mail Service)(anh) (Entered: 10/12/2022) |
| 10/21/2022 | 7 | MOTION for Continuance of Order to Show Cause Hearing on October 31, 2022 at 10:00 AM to November 3, 2022 or any Other Available Dates/Times by Randal Jerome Dalavai. (anh) (Entered: 10/21/2022) |
| 10/21/2022 | 8 | ORDER Continuing Show Cause Hearing [Doc. No. 7 ]. Signed by Judge Cathy Ann Bencivengo on 10/21/2022. (anh) (Entered: 10/21/2022) |
| 11/01/2022 | 9 | MOTION to Continue Order to Show Cause Hearing on November 3, 2022 at 2:00 PM or Any Other Available Dates After My New Probate Hearing of November 9, 2022 at 10:00 AM by Randal Jerome Dalavai. (anh) (Entered: 11/01/2022) |
| 11/01/2022 | 10 | ORDER Granting Modification Motion to Continue To Show Cause Hearing [Doc. No. 9 ]. Signed by Judge Cathy Ann Bencivengo on 11/1/2022. (All non–registered users served via U.S. Mail Service)(anh) (Entered: 11/02/2022) |
| 11/14/2022 | 11 | RESPONSE to Order to Show Cause Article III filed by Randal Jerome Dalavai. (anh) (Entered: 11/15/2022) |
| 11/17/2022 | 12 | Minute Entry for proceedings held before Judge Cathy Ann Bencivengo: Order to Show Cause Hearing held on 11/17/2022. Written order from the court to follow. (Court Reporter/ECR Mauralee Ramirez). (Plaintiff Attorney Randal Dalavai, pro se). (no document attached) (lmh) (Entered: 11/17/2022) |
| 11/17/2022 | 13 | MOTION for Leave to Amend Complaint by Randal Jerome Dalavai. (anh) (Entered: 11/17/2022) |
| 11/18/2022 | 14 | Amended MOTION for Leave to Amend Complaint by Randal Jerome Dalavai. (anh) (Entered: 11/18/2022) |
| 11/18/2022 | 15 | ORDER DISMISSING CASE With Prejudice and Closing Case. Signed by Judge Cathy Ann Bencivengo on 11/18/2022.(All non–registered users served via U.S. Mail Service)(anh) (Entered: 11/18/2022) |
| 11/22/2022 | 16 | MOTION for Rule 60 Relief re 15 Order Dismissing Case, MOTION to Amend Complaint by Randal Jerome Dalavai. (sjt) (Entered: 11/23/2022) |
| 11/30/2022 | 17 | ORDER Denying Motion [Doc No. 16 ]. Signed by Judge Cathy Ann Bencivengo on 11/30/2022. (All non–registered users served via U.S. Mail Service)(anh) (Entered: 11/30/2022) |
| 04/25/2023 | 18 | Request to Appear Pro Hac Vice ( Filing fee received: $ 213 receipt number ACASDC–17790294.) (Application to be reviewed by Clerk.) (Clouthier, Susan) (aas). (Entered: 04/25/2023) |
| 04/25/2023 | 19 | ORDER Denying 18 Pro Hac Vice Application of Susan J. Clouthier. Signed by Judge Cathy Ann Bencivengo on 4/25/2023.(All non–registered users served via U.S. Mail Service)(jrm) (Entered: 04/25/2023) |
| 05/02/2023 | 20 | NOTICE OF APPEAL to the 9th Circuit by Randal Jerome Dalavai. ( Filing fee $ 505 receipt number ACASDC–17810327.) (Notice of Appeal electronically transmitted to US Court of Appeals.) (Lang, Shannon) (smy1). (Entered: 05/02/2023) |
| 05/02/2023 | 21 | TRANSCRIPT DESIGNATION AND ORDERING FORM by Randal Jerome Dalavai for proceedings held on 11/17/2022 re 20 Notice of Appeal to 9th Circuit. (Lang, Shannon) (smy1). (Entered: 05/02/2023) |
| 05/03/2023 | 22 | USCA Case Number 23–55411 for 20 Notice of Appeal to 9th Circuit filed by Randal Jerome Dalavai. (Attachments: # 1 Attention All Parties and Counsel, # 2 Case Opening Packet, # 3 Attention You Are Not Registered for Electronic Filing)(smy1) (Entered: 05/04/2023) |

| | | |
|---|---|---|
| 05/03/2023 | 23 | USCA Time Schedule Order as to 20 Notice of Appeal to 9th Circuit filed by Randal Jerome Dalavai. (NOTICE TO PARTIES of deadlines regarding appellate transcripts: Appellant shall file transcript designation and ordering form with the US District Court, provide a copy of the form to the court reporter, and make payment arrangements with the court reporter on or by 6/1/2023 (see Ninth Circuit Rule 10–3.1); Due date for filing of transcripts in US District Court is 7/3/2023.). (smy1) (Entered: 05/04/2023) |
| 10/13/2023 | 24 | DISPOSITIVE ORDER of USCA as to 20 Notice of Appeal to 9th Circuit filed by Randal Jerome Dalavai. (All non–registered users served via U.S. Mail Service)(mjw)(jrd) (Entered: 10/13/2023) |
| 10/23/2023 | 25 | Mail Returned as Undeliverable re 24 USCA Order. Mail sent to Randal Jerome Dalavai. (dim)(jrd) (Entered: 10/25/2023) |
| 07/22/2024 | 26 | CLERK ORDER of USCA as to 20 Notice of Appeal to 9th Circuit filed by Randal Jerome Dalavai. This matter is ordered submitted on the briefs and record without oral argument on August 14, 2024, in Pasadena, California. (mjw)(jrd) (Entered: 07/22/2024) |
| 09/10/2024 | 27 | NOTICE of Spreading the Mandate: Appeal Mandate Hearing set for 9/26/2024 02:00 PM in Courtroom 15A before Judge Cathy Ann Bencivengo. (All non–registered users served via U.S. Mail Service)(lmh) (Entered: 09/10/2024) |
| 09/17/2024 | 28 | MOTION to Substitute Attorney by Randal Jerome Dalavai. (Webb, Lenden) (anh). (Entered: 09/17/2024) |
| 09/26/2024 | 29 | Minute Order for proceedings held before Judge Cathy Ann Bencivengo: Appeal Mandate Hearing held on 9/26/2024. Appeal Mandate ordered filed for USCA Case Number(s): 23–55411. Court grants 28 Motion to Substitute Attorney and attorney Lenden Franklin Webb retained as counsel. Court grants leave to amend the complaint by 10/28/2024. (Court Reporter/ECR Chari Bowery). (Plaintiff Attorney Raza Khan, general appearance). (no document attached) (lmh) (Entered: 09/26/2024) |
| 09/26/2024 | 30 | MANDATE of USCA as to 20 Notice of Appeal to 9th Circuit filed by Randal Jerome Dalavai (Attachments: # 1 USCA Memorandum, # 2 USCA Post Judgment Form)(mjw) (Entered: 09/26/2024) |
| 10/08/2024 | 31 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Appeal Mandate Hearing held on 9/26/2024, before Judge Cathy Ann Bencivengo. Court Reporter/Transcriber: Chari Bowery. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or the Court Reporter/Transcriber. If redaction is necessary, parties have seven calendar days from the file date of the Transcript to E–File the Notice of Intent to Request Redaction. The following deadlines would also apply if requesting redaction: Redaction Request Statement due to Court Reporter/Transcriber 10/29/2024. Redacted Transcript Deadline set for 11/8/2024. Release of Transcript Restriction set for 1/6/2025. (anh) (jrd) (Entered: 10/08/2024) |
| 10/16/2024 | 32 | MOTION to Substitute Attorney by Randal Jerome Dalavai. (anh) (Entered: 10/16/2024) |
| 10/16/2024 | 33 | MOTION for Leave to Electronically File Documents by Randal Jerome Dalavai. (anh) (Entered: 10/16/2024) |
| 10/17/2024 | 34 | ORDER [ECF No. 32 , 33 ]. Signed by Judge Cathy Ann Bencivengo on 10/17/2024. (All non–registered users served via U.S. Mail Service)(anh) (Entered: 10/17/2024) |
| 10/24/2024 | 35 | AMENDED COMPLAINT with Jury Demand *Randal Jerome Dalavai* against Laurence H. Boggeln, Daniel Calac, The Regents of the University of California, UNIVERSAL HEALTH SERVICES OF RANCHO SPRINGS, INC., D/B/A SOUTHWEST HEALTHCARE SYSTEM, D/B/A INLAND VALLEY MEDICAL CENTER, Karen Yvonne Dalavai, Jane Sheril Dalavai, Emil Jason Dalavai, filed by Randal Jerome Dalavai.New Summons Requested. (Dalavai, Randal) (Entered: 10/24/2024) |

| 10/27/2024 | 36 | MOTION for Leave to File *Second Amended Complaint* by Randal Jerome Dalavai. (Attachments: # 1 Exhibit Proposed Second Amended Complaint, # 2 Request for Judicial Notice by Randal J. Dalavai, # 3 Appendix by Randal J. Dalavai)(Dalavai, Randal) (Entered: 10/27/2024) |
|---|---|---|
| 10/31/2024 | 37 | ORDER Granting Leave to Amend [ECF No. 36 ]. Signed by Judge Cathy Ann Bencivengo on 10/31/2024. (All non−registered users served via U.S. Mail Service)(anh) (Entered: 11/01/2024) |
| 11/01/2024 | 38 | MINUTE ORDER OF TRANSFER. Magistrate Judge William V. Gallo is no longer assigned. Case reassigned to Magistrate Judge David D. Leshner for all further proceedings. The new case number is 22cv1471−CAB(DDL).(no document attached) (rmc) (Entered: 11/01/2024) |
| 11/04/2024 | 39 | **Withdrawn per doc. no. 40 ** MOTION to Amend/Correct 37 Order on Motion for Leave to File Document *Second Amended Complaint*, MOTION for Order by Randal Jerome Dalavai. (Dalavai, Randal) (anh). (Entered: 11/04/2024) |
| 11/11/2024 | 40 | NOTICE *OF WITHDRAWAL OF MOTION TO MODIFY ORDER GRANTING LEAVE TO FILE SECOND AMENDED COMPLAINT TO PERMIT INCLUSION OF DOE DEFENDANTS* by Randal Jerome Dalavai re 39 MOTION to Amend/Correct 37 Order on Motion for Leave to File Document *Second Amended Complaint* MOTION for Order (Dalavai, Randal) (anh). (Entered: 11/11/2024) |
| 11/11/2024 | 41 | AMENDED COMPLAINT with Jury Demand *Randal Jerome Dalavai* against Laurence H. Boggeln, Daniel Calac, Emil Jason Dalavai, Jane Sheril Dalavai, Karen Yvonne Dalavai, The Regents of the University of California, Universal Health Services Of Rancho Springs, Inc., DONNA LOZA, DEO BESANA, filed by Randal Jerome Dalavai.New Summons Requested. (Dalavai, Randal) (Entered: 11/11/2024) |
| 11/12/2024 | 42 | Summons Issued. **Counsel receiving this notice electronically should print this summons and serve it in accordance with Rule 4, Fed.R.Civ.P and LR 4.1.** (anh) (Entered: 11/12/2024) |
| 12/03/2024 | 43 | MOTION to Dismiss for Failure to State a Claim by Universal Health Services Of Rancho Springs, Inc.. (Attachments: # 1 Memo of Points and Authorities(Brennan, Moira)Attorney Moira Brennan added to party Universal Health Services Of Rancho Springs, Inc.(pty:dft) (anh). (Entered: 12/03/2024) |
| 12/04/2024 | 44 | MOTION to Dismiss for Failure to State a Claim by The Regents of the University of California. (Attachments: # 1 Memo of Points and Authorities, # 2 Appendix of Exhibits, # 3 Declaration of Lauren Hardisty, # 4 Request for Judicial Notice, # 5 Proof of Service, # 6 Exhibit A, # 7 Exhibit B, # 8 Exhibit C, # 9 Exhibit D, # 10 Exhibit F, # 11 Exhibit G)(Hardisty, Lauren)Attorney Lauren Hardisty added to party The Regents of the University of California(pty:dft) (anh). (Entered: 12/04/2024) |
| 12/04/2024 | 45 | SUMMONS Returned Executed by Randal Jerome Dalavai. DEO BESANA, Laurence H. Boggeln, Daniel Calac, DONNA LOZA, The Regents of the University of California, Universal Health Services Of Rancho Springs, Inc. served. (Attachments: # 1 Proof of Service, # 2 Proof of Service, # 3 Proof of Service, # 4 Proof of Service, # 5 Proof of Service, # 6 Proof of Service)(Dalavai, Randal) (anh). (Entered: 12/04/2024) |
| 12/11/2024 | 46 | MOTION to Dismiss for Failure to State a Claim by Daniel Calac, Laurence H. Boggeln. (Kanno, Rita)Attorney Rita R Kanno added to party Daniel Calac(pty:dft), Attorney Rita R Kanno added to party Laurence H. Boggeln(pty:dft) (anh). (Entered: 12/11/2024) |
| 12/11/2024 | 47 | NOTICE *of Errata Re: Declaration of Rita R. Kanno* by Daniel Calac, Laurence H. Boggeln re 46 MOTION to Dismiss for Failure to State a Claim (Kanno, Rita) (anh). (Entered: 12/11/2024) |
| 12/11/2024 | 48 | MOTION for Discovery *Pursuant to Federal Rule of Civil Procedure 26(b)(1)* by Randal Jerome Dalavai. (Attachments: # 1 Proof of Service, # 2 Proof of Service, # 3 Proof of Service, # 4 Proof of Service, # 5 Proof of Service)(Dalavai, Randal) (anh). (Entered: 12/11/2024) |
| 12/12/2024 | 49 | MOTION for Preliminary Injunction by Randal Jerome Dalavai. (Attachments: # 1 Exhibit EXHIBIT 1, # 2 Exhibit EXHIBIT 2, # 3 Exhibit EXHIBIT 3, # 4 Proof of |

| | | Service Certificate of Service, # 5 Proof of Service Certificate of Service, # 6 Proof of Service Certificate of Service)(Dalavai, Randal) (Entered: 12/12/2024) |
|---|---|---|
| 12/12/2024 | 50 | MOTION to Stay *OF EMTALA CLAIMS, CLAIMS UNDER SUPPLEMENTAL JURISDICTION, AND REQUEST FOR REASONABLE TIME UNDER RULE 17(a)(3)* by Randal Jerome Dalavai. (Attachments: # 1 Proof of Service, # 2 Proof of Service, # 3 Proof of Service)(Dalavai, Randal) (Entered: 12/12/2024) |
| 12/12/2024 | 51 | ORDER Denying Motion for Discovery [ECF No. 48 ]. Signed by Judge Cathy Ann Bencivengo on 12/12/2024. (anh) (Entered: 12/13/2024) |
| 12/13/2024 | 52 | MOTION TO JOIN THE ELIZABETH HOSPICE AS A NECESSARY PARTY UNDER RULE 19 by Randal Jerome Dalavai. (Attachments: # 1 Proof of Service, # 2 Proof of Service, # 3 Proof of Service)(Dalavai, Randal) (anh). (Entered: 12/13/2024) |
| 12/13/2024 | 53 | REQUEST FOR JUDICIAL NOTICE by Randal Jerome Dalavai re 49 MOTION for Preliminary Injunction , 50 MOTION to Stay *OF EMTALA CLAIMS, CLAIMS UNDER SUPPLEMENTAL JURISDICTION, AND REQUEST FOR REASONABLE TIME UNDER RULE 17(a)(3)* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Proof of Service, # 4 Proof of Service, # 5 Proof of Service)(Dalavai, Randal) (anh). (Entered: 12/13/2024) |
| 12/17/2024 | 54 | ORDER RE: Case Management [ECF No. 49 , 50 , 52 ]. Signed by Judge Cathy Ann Bencivengo on 12/17/2024. (anh) (Entered: 12/17/2024) |
| 12/17/2024 | 55 | REPLY to Response to Motion re 43 MOTION to Dismiss for Failure to State a Claim *by UNIVERSAL HEALTH SERVICES OF RANCHO SPRINGS, INC. DBA SOUTHWEST HEALTHCARE INLAND VALLEY HOSPITAL* filed by Randal Jerome Dalavai. (Attachments: # 1 Proof of Service, # 2 Proof of Service, # 3 Proof of Service)(Dalavai, Randal) (anh). (Entered: 12/17/2024) |
| 12/18/2024 | 56 | *DOCUMENT WITHDRAWN BY FILER PER 62 **RESPONSE in Opposition re 44 MOTION to Dismiss for Failure to State a Claim *by The Regents of the University of California* filed by Randal Jerome Dalavai. (Attachments: # 1 Proof of Service, # 2 Proof of Service, # 3 Proof of Service)(Dalavai, Randal) (anh). Modified on 12/30/2024 (jmo). (Entered: 12/18/2024) |
| 12/24/2024 | 57 | NOTICE *ERRATA RE: PLAINTIFF'S OPPOSITION TO THE REGENTS OF THE UNIVERSITY OF CALIFORNIA MOTION TO DISMISS* by Randal Jerome Dalavai re 56 Response in Opposition to Motion, (Attachments: # 1 Proof of Service, # 2 Proof of Service, # 3 Proof of Service)(Dalavai, Randal) **QC email re Notice of errata on 12/27/2024 (jmo). (Entered: 12/24/2024) |
| 12/24/2024 | 58 | RESPONSE in Opposition re 44 MOTION to Dismiss for Failure to State a Claim *by Defendant The Regents of University of California* filed by Randal Jerome Dalavai. (Attachments: # 1 Proof of Service, # 2 Proof of Service, # 3 Proof of Service)(Dalavai, Randal) (Entered: 12/24/2024) |
| 12/24/2024 | 59 | RESPONSE in Opposition re 46 MOTION to Dismiss for Failure to State a Claim *by Defendants DR. Daniel Calac, M.D., and DR. Laurence Boggeln, M.D.* filed by Randal Jerome Dalavai. (Attachments: # 1 Proof of Service, # 2 Proof of Service, # 3 Proof of Service)(Dalavai, Randal) (jmo). (Entered: 12/24/2024) |
| 12/26/2024 | 60 | REPLY to Response to Motion re 44 MOTION to Dismiss for Failure to State a Claim filed by The Regents of the University of California. (Attachments: # 1 Proof of Service)(Hardisty, Lauren) (jmo). (Entered: 12/26/2024) |
| 12/27/2024 | 61 | RESPONSE in Support re 46 MOTION to Dismiss for Failure to State a Claim filed by Daniel Calac, Laurence H. Boggeln. (Kanno, Rita) (jmo). (Entered: 12/27/2024) |
| 12/27/2024 | 62 | NOTICE *OF WITHDRAWAL OF THE PREVIOUSLY FILED OPPOSITION TO THE REGENTS OF THE UNIVERSITY OF CALIFORNIA MOTION TO DISMISS (ECF 56)* by Randal Jerome Dalavai re 57 Notice (Other), 56 Response in Opposition to Motion, (Attachments: # 1 Proof of Service, # 2 Proof of Service, # 3 Proof of Service)(Dalavai, Randal)(jmo). (Entered: 12/27/2024) |
| 12/27/2024 | 63 | AFFIDAVIT *OF SUCCESSOR IN INTEREST [Pursuant to California Code of Civil Procedure § 377.32]* by Plaintiff Randal Jerome Dalavai. (Attachments: # 1 Proof of |

| | | Service, # 2 Proof of Service, # 3 Proof of Service)(Dalavai, Randal)(jmo). (Entered: 12/27/2024) |
|---|---|---|
| 12/29/2024 | 64 | REPLY to Response to Motion re 43 MOTION to Dismiss for Failure to State a Claim filed by Universal Health Services Of Rancho Springs, Inc.. (Brennan, Moira) (jmo). (Entered: 12/29/2024) |
| 01/02/2025 | 65 | MOTION for Leave to File *to file Sur Reply in opposition to defendants Universal Health Services Of Rancho Springs, Inc.s Reply In Support Of Motion To Dismiss (ECF 64)* by Randal Jerome Dalavai. (Attachments: # 1 Exhibit 1, # 2 Proof of Service, # 3 Proof of Service, # 4 Proof of Service)(Dalavai, Randal) (anh). (Entered: 01/02/2025) |
| 01/06/2025 | 66 | ORDER Denying Leave [ECF No. 65 ]. Signed by Judge Cathy Ann Bencivengo on 1/6/2025. (anh) (Entered: 01/06/2025) |
| 01/29/2025 | 67 | ORDER Partially Dismissing Amended Complaint With Prejudice and Dismissing Motion for Preliminary Injunction with With prejudice [ECF Nos. 41 , 49 ]. Signed by Judge Cathy Ann Bencivengo on 1/29/2025. (anh) (Entered: 01/29/2025) |
| 01/31/2025 | 68 | MOTION for Entry of Judgment under Rule 54(b) by Randal Jerome Dalavai. (Attachments: # 1 Proof of Service, # 2 Proof of Service, # 3 Proof of Service)(Dalavai, Randal) (Entered: 01/31/2025) |
| 02/11/2025 | 69 | AMENDED COMPLAINT with Jury Demand *Third* against Deo Besana, Donna Loza, filed by Randal Jerome Dalavai.New Summons Requested. (Dalavai, Randal) (Entered: 02/11/2025) |
| 02/12/2025 | 70 | Summons on Third Amended Complaint Issued. **Counsel receiving this notice electronically should print this summons and serve it in accordance with Rule 4, Fed.R.Civ.P and LR 4.1.** (anh) (Entered: 02/12/2025) |
| 02/12/2025 | 71 | NOTICE *Withdrawal of (ECF 69)* by Randal Jerome Dalavai re 69 Amended Complaint (Dalavai, Randal) (Entered: 02/12/2025) |
| 02/12/2025 | 72 | AMENDED COMPLAINT with Jury Demand *Third* against Deo Besana, Donna Loza, filed by Randal Jerome Dalavai. (Dalavai, Randal) (Entered: 02/12/2025) |
| 02/14/2025 | 73 | ORDER Denying Motion for Judgment Striking Complaint [Doc. No. 68 ]. Signed by Judge Cathy Ann Bencivengo on 2/14/2025. (anh) (Entered: 02/14/2025) |
| 02/28/2025 | 74 | NOTICE OF INTERLOCUTORY APPEAL to the 9th Circuit as to 67 Order on Motion to Dismiss for Failure to State a Claim,,, Order on Motion for Preliminary Injunction by Randal Jerome Dalavai. ( Filing fee $ 605 receipt number ACASDC−19653075.) (Attachments: # 1 Proof of Service, # 2 Proof of Service, # 3 Proof of Service)(Dalavai, Randal) (Entered: 02/28/2025) |
| 03/05/2025 | 75 | ORDER entering JUDGMENT as to Defendant's Daniel Calac, M.D. and Lawrence Boggeln M.D., erroneously sued and served as "Lawrence Boggln, M.D.". Signed by Judge Cathy Ann Bencivengo on 3/5/2025.(anh) (Entered: 03/05/2025) |
| 03/06/2025 | 76 | **STRICKEN PER ORDER 78 ** (anh). (Entered: 03/06/2025) |
| 03/06/2025 | 77 | SUMMONS Returned Executed by Randal Jerome Dalavai. Deo Besana, Donna Loza served. (Attachments: # 1 Proof of Service, # 2 Proof of Service, # 3 Proof of Service, # 4 Proof of Service, # 5 Proof of Service)(Dalavai, Randal) (Entered: 03/06/2025) |
| 03/07/2025 | 78 | Notice of Document Discrepancies and Order Thereon by Judge Cathy Ann Bencivengo Rejecting re 76 Request for Judicial Notice, from Plaintiff Randal Jerome Dalavai. Non−compliance with local rule(s), Improper filing. IT IS HEREBY ORDERED: The document is rejected. It is ordered that the Clerk STRIKE the document from the record, and serve a copy of this order on all parties. Signed by the chambers of Judge Cathy Ann Bencivengo on 3/7/2025. (Attachments: # 1 Rejected/Stricken)(anh) (Entered: 03/07/2025) |
| 03/13/2025 | 79 | TRANSCRIPT DESIGNATION AND ORDERING FORM by Randal Jerome Dalavai for proceedings held on 11/17/22, 09/26/24 re 74 Notice of Interlocutory Appeal to 9th Circuit,. (Attachments: # 1 Proof of Service, # 2 Proof of Service, # 3 Proof of Service)(Dalavai, Randal) (dim). (Entered: 03/13/2025) |

| 03/25/2025 | 80 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Order to Show Cause Hearing held on 11/17/2022, before Judge Cathy Ann Bencivengo. Court Reporter/Transcriber: Mauralee Ramirez. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or the Court Reporter/Transcriber. If redaction is necessary, parties have seven calendar days from the file date of the Transcript to E–File the Notice of Intent to Request Redaction. The following deadlines would also apply if requesting redaction: Redaction Request Statement due to Court Reporter/Transcriber 4/15/2025. Redacted Transcript Deadline set for 4/25/2025. Release of Transcript Restriction set for 6/23/2025. (All non–registered users served via U.S. Mail Service)(dim)(jrd) (Entered: 03/25/2025) |
|---|---|---|
| 04/01/2025 | 82 | USCA Time Schedule Order as to 74 Notice of Interlocutory Appeal to 9th Circuit, filed by Randal Jerome Dalavai. (NOTICE TO PARTIES of deadlines regarding appellate transcripts: Appellant shall file transcript designation and ordering form with the US District Court, provide a copy of the form to the court reporter, and make payment arrangements with the court reporter on or by 3/31/2025 (see Ninth Circuit Rule 10–3.1); Due date for filing of transcripts in US District Court is 4/30/2025.) (mjw) (Entered: 04/02/2025) |
| 04/02/2025 | 81 | USCA Case Number 25–2109 for 74 Notice of Interlocutory Appeal to 9th Circuit, filed by Randal Jerome Dalavai. (Attachments: # 1 Attorney Appeal Case Opening, # 2 Pro Se Appeals Case Opening, # 3 Ninth Circuit Appellate Mentoring Program)(mjw) (Entered: 04/02/2025) |
| 04/04/2025 | 83 | MOTION for Sanctions by Laurence H. Boggeln, Daniel Calac. (Attachments: # 1 Request for Judicial Notice)(Kanno, Rita) (anh). (Entered: 04/04/2025) |
| 04/04/2025 | 84 | NOTICE OF INTERLOCUTORY APPEAL to the 9th Circuit as to 75 Judgment by Randal Jerome Dalavai. ( Filing fee $ 605 receipt number ACASDC–19770204.) (Dalavai, Randal) (Entered: 04/04/2025) |
| 04/07/2025 | 85 | MOTION for Order *pursuant to Federal Rule of Civil Procedure 16(b)(2)* by Randal Jerome Dalavai. (Attachments: # 1 Exhibit EXHIBIT 1, # 2 Proof of Service Certificate of Service, # 3 Proof of Service Certificate of Service)(Dalavai, Randal) (Entered: 04/07/2025) |
| 04/08/2025 | 86 | CERTIFICATE OF SERVICE by Randal Jerome Dalavai re 84 Notice of Interlocutory Appeal to 9th Circuit (Attachments: # 1 Proof of Service, # 2 Proof of Service)(Dalavai, Randal) (Entered: 04/08/2025) |
| 04/08/2025 | 87 | ORDER Denying Plaintiff's Motion for Scheduling Order [Doc. No. 85 ]. Signed by Judge Cathy Ann Bencivengo on 4/8/2025. (anh). (Entered: 04/08/2025) |
| 04/11/2025 | 88 | MOTION for Default Judgment against Donna Loza and Deo Besana *and for Prospective Injunctive Relief and Ancillary Relief under the All Writs Act* by Randal Jerome Dalavai. (Attachments: # 1 Proof of Service, # 2 Proof of Service)(Dalavai, Randal) (anh). (Entered: 04/11/2025) |
| 04/14/2025 | 89 | Minute Order: The Court will hold a hearing on May 15, 2025 at 10:00 AM regarding Defendants Request for Sanctions. Plaintiff must appear in Court. Defendants counsel may appear telephonically. The Court will enter another minute order with the dial–in information before the conference. Plaintiff may enter a brief by May 1, 2025 and Defendants may enter a reply by May 8, 2025.(All non–registered users served via U.S. Mail Service)(anh) (Entered: 04/14/2025) |
| 04/14/2025 | 90 | Minute Order: The Court rejects Plaintiffs Motion for Default Judgement [Doc. No. 88 ] as premature. Plaintiff is required to file a request for default under Fed. R. Civ. P. 55(a). (All non–registered users served via U.S. Mail Service)(anh) (Entered: 04/14/2025) |