1  Randal Jerome Dalavai
2  14332 Mountain Rd.
   Poway, CA 92064
3  (872)-232-0713
4  randaljerome@gmail.com

5  Plaintiff, In Pro Se

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFONIA

| | |
|---|---|
| RANDAL JEROME DALAVAI, | **Case No.:** 3:22-cv-01471-CAB-DDL |
| **Plaintiff,** | |
| vs. | **NOTICE OF SERVICE** |
| DONNA LOZA (OFFICIAL CAPACITY); DEO BESANA (OFFICIAL CAPACITY); | |
| **Defendant(s)** | |

**TO THE COURT AND ALL PARTIES:**

**PLEASE TAKE NOTICE** that the undersigned hereby submits the attached Proofs of Service demonstrating that process has been duly executed in accordance with Federal Rule of Civil Procedure 5.2 on the following Defendants:

- DONNA LOZA (OFFICIAL CAPACITY)
- DEO BESANA (OFFICIAL CAPACITY)

**ATTACHMENTS:**

- Proofs of Service for the above-referenced Defendants

**Dated:** March 6, 2025

**Respectfully submitted,**

S/ Randal Jerome Dalavai

Randal Jerome Dalavai

*Plaintiff In Pro Se*

AO 441 (Rev. 07/10) Summons on Third-Party Complaint (Page 2)

Civil Action No. 22cv01471-CAB-DDL

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* DEO BESANA, OFFICIAL CAPACITY, CALIFORNIA DEPARTMENT OF PUBLIC HEALTH was received by me on *(date)* February 25, 2025, 3:28 pm.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* DONNA LOZA, MANAGER , a person of suitable age and discretion who resides there, on *(date)* Tues, February 25, 2025 , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ 170.00 for travel and $ 0.00 for services, for a total of $ 170.00 .

I declare under penalty of perjury that this information is true.

Date: 2/28/2025

*Server's signature*

Kimberly Smith, Registered Process Server, San Diego County #3467

*Printed name and title*

2820 CAMINO DEL RIO S SUITE 205 , SAN DIEGO, CA 92108

*Server's address*

Additional information regarding attempted service, etc.:
SERVICE OF THE FOLLOWING DOCUMENTS: THIRD AMENDED COMPLAINT; SUMMONS; PARTIALLY DISMISS AMEND COMPLAINT;

1) Unsuccessful Attempt: Feb 13, 2025, 9:02 am PST at CORPORATE: 7575 METROPOLITAN DRIVE SUITE 104, SAN DIEGO, CA 92108
SUBJECT IS UNAVILABLE.

2) Unsuccessful Attempt: Feb 14, 2025, 8:49 pm PST at HOME: 30295 VERCORS STREET, MURRIETA CA 92563
NO ANSWER. LIGHTS ON. NO VEHICLES.

3) Unsuccessful Attempt: Feb 16, 2025, 9:02 am PST at HOME: 30295 VERCORS STREET, MURRIETA CA 92563
NO ANSWER. NO VEHICLES.

4) Unsuccessful Attempt: Feb 18, 2025, 4:26 pm PST at HOME: 30295 VERCORS STREET, MURRIETA CA 92563
NO ANSWER. NO VEHICLES.

5) Unsuccessful Attempt: Feb 19, 2025, 12:27 Pm PST at CORPORATE: 7575 METROPOLITAN DRIVE SUITE 104, SAN DIEGO, CA 92108
SUBJECT IS UNAVILABLE.

6) Successful Attempt: Feb 25, 2025, 3:28 pm PST at CORPORATE: 7575 METROPOLITAN DRIVE SUITE 104, SAN DIEGO, CA 92108
SUB SERVICE ON DONNA LOZA ACCEPTED SERVICE - Caucasian female, 60's, 5'6, 250lbs, gray hair and brown eyes.

Civil Action No. 22cv01471-CAB-DDL

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* DONNA LOZA OFFICIAL CAPACITY, CALIFORNIA DEPARTMENT OF PUBLIC HEALTH was received by me on *(date)* February 25, 2025, 3:28 pm.

[X] I personally served the summons on the individual at *(place)* 7575 METROPOLITAN DRIVE SUITE 104, SAN DIEGO, CA 92108 on *(date)* Tues, February 25, 2025 ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

[ ] I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

[ ] I returned the subpoena unexecuted because: _____ ; or

[ ] Other: _____ ; or

My fees are $ 170.00 for travel and $ 0.00 for services, for a total of $ 170.00.

I declare under penalty of perjury that this information is true.

Date: 2/28/2025

*Server's signature*: KSA

Kimberly Smith, Registered Process Server, San Diego County #3467

*Printed name and title*

2820 CAMINO DEL RIO S SUITE 205 , SAN DIEGO, CA 92108

*Server's address*

Additional information regarding attempted service, etc.:
SERVICE OF THE FOLLOWING DOCUMENTS: THIRD AMENDED COMPLAINT; SUMMONS; PARTIALLY DISMISS AMEND COMPLAINT;

1) Unsuccessful Attempt: Feb 13, 2025, 9:02 am PST at CORPORATE: 7575 METROPOLITAN DRIVE SUITE 104, SAN DIEGO, CA 92108
SUBJECT IS UNAVILABLE.

2) Unsuccessful Attempt: Feb 14, 2025, 7:15 pm PST at HOME: 11034 FURY LN, LA MESA. CA 91941
NO ANSWER. DARK NO VEHICLES.

3) Unsuccessful Attempt: Feb 16, 2025, 7:21 am PST at HOME: 11034 FURY LN, LA MESA. CA 91941
NO ANSWER. NO VEHICLES. QUIET.

4) Unsuccessful Attempt: Feb 18, 2025, 1:33 pm PST at HOME: 11034 FURY LN, LA MESA. CA 91941
NO ANSWER. NO VEHICLES. CLOSED UP

5) Unsuccessful Attempt: Feb 19, 2025, 12:27 Pm PST at CORPORATE: 7575 METROPOLITAN DRIVE SUITE 104, SAN DIEGO, CA 92108
SUBJECT IS UNAVILABLE.

6) Successful Attempt: Feb 25, 2025, 3:28 pm PST at CORPORATE: 7575 METROPOLITAN DRIVE SUITE 104, SAN DIEGO, CA 92108
SUBJECT DONNA LOZA ACCEPTED SERVICE - Caucasian female, 60's, 5'6, 250lbs, gray hair and brown eyes.