# EXHIBIT 5

Randal Jerome Dalavai
14332 Mountain Rd.
Poway, CA 92064
(872)-232-0713
randaljerome@gmail.com

Plaintiff, In Pro Se

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFONIA

| | |
|---|---|
| RANDAL JEROME DALAVAI, | Case No.: 3:22-cv-01471-CAB-DDL |
| **Plaintiff,** | |
| vs. | **DECLARATION OF AKIBA T. MINEFEE REGARDING NON-MILITARY STATUS** |
| DONNA LOZA (OFFICIAL CAPACITY); DEO BESANA (OFFICIAL CAPACITY); | |
| **Defendant(s)** | |

I, Akiba T. Miniefee, declare as follows:

   1.    I am not a party to this action. I am over 18 years of age and competent to testify. I serve as Registered Process Server and provide this declaration in support of Plaintiff's Request for Entry of Default.

   2.    On April 17, 2025, I attempted to verify the military status of Defendants Donna Loza and Deo Besana by searching the official U.S. Department of Defense Servicemembers Civil Relief Act (SCRA) website: https://scra.dmdc.osd.mil/.

3. The SCRA website requires either the date of birth or Social Security number of the individual in order to conduct a search. I was unable to complete the search because I did not have this information for either defendant.

4. Based on publicly available information, to the best of my knowledge and belief:

- Donna Loza is approximately 71 years old and currently not employed in any active military capacity.
- Deo Besana is a Registered Nurse licensed in the State of California, is not an incompetent person, and is not in military service as defined by 50 U.S.C. § 3931.

The SCRA database indicated that neither individual is on active duty in the U.S. military as of that date.

4. To the best of my knowledge, neither Defendant is an infant, incompetent person, nor in military service as defined by 50 U.S.C. § 3931.

5. I make this declaration to comply with the Servicemembers Civil Relief Act requirement prior to entry of default judgment.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed 4/21/2025 at San Diego, California

s:/ *Akiba T. Miniefee*
Akiba T. Miniefee, Registered Process Server San Diego County #1863