# MINUTE ORDER OF THE UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

Case Name: **RANDAL JEROME DALAVAI v. DONNA LOZA et al.**      Case Number: 22-CV-1471-CAB-DDL

Hon. Cathy Ann Bencivengo      Ct. Deputy Lori Hernandez      Rptr Tape: [Reporter Tape]

The Clerk of the Court has entered a default in this case. [Doc. No. 92.] The Court will consider Plaintiff's previously filed motion for default judgment for its analysis under Fed. R. Civ. P. 54 and 55. [Doc. No. 88.]

Date: May 7, 2025      Initials: SDD