Randal Jerome Dalavai
14332 Mountain Rd.
Poway, CA 92064
(872)-232-0713
randaljerome@gmail.com

Plaintiff, In Pro Se

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFONIA

| | |
|---|---|
| RANDAL JEROME DALAVAI, | **Case No.:** 3:22-cv-01471-CAB-DDL |
| **Plaintiff,** | |
| vs. | **NOTICE OF APPEAL** |
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA; UNIVERSAL HEALTH SERVICES OF RANCHO SPRINGS, INC., D/B/A SOUTHWEST HEALTHCARE SYSTEM, D/B/A INLAND VALLEY MEDICAL CENTER; DR. DANIEL CALAC M.D; DR. LAURENCE H. BOGGLN M.D; DONNA LOZA (OFFICIAL CAPACITY); DEO BESANA (OFFICIAL CAPACITY); KAERN YVONNE DALAVAI (NOMINAL DEFENDANT); JANE SHERIL DALAVAI (NOMINAL DEFENDANT); EMIL JASON DALAVAI (NOMINAL DEFENDANT) | |
| **Defendant(s)** | |

TO THE HONORABLE JUDGE OF THE COURT: COMES NOW, *Plaintiff in Pro Se*, RANDAL JEROME DALAVAI, hereby files this Notice of Appeal to the U.S. Court of Appeals for the Ninth Circuit. Plaintiff is appealing this Court's Final Judgment entered on 06/13/25 (ECF 109).

Respectfully submitted,

**Dated:** June 16, 2025
**Respectfully submitted,**
S/ Randal Jerome Dalavai
Randal Jerome Dalavai
*Plaintiff In Pro Se*