Randal Jerome Dalavai
14332 Mountain Rd.
Poway, CA 92064
(872)-232-0713
randaljerome@gmail.com

Plaintiff, In Pro Se

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFONIA

| | |
|---|---|
| RANDAL JEROME DALAVAI, | **Case No.:** 3:22-cv-01471-CAB-DDL |
| **Plaintiff,** | |
| vs. | **NOTICE OF WITHDRAWAL (ECF 120)** |
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA; UNIVERSAL HEALTH SERVICES OF RANCHO SPRINGS, INC., D/B/A SOUTHWEST HEALTHCARE SYSTEM, D/B/A INLAND VALLEY MEDICAL CENTER; DR. DANIEL CALAC M.D; DR. LAURENCE H. BOGGLN M.D; DONNA LOZA (OFFICIAL CAPACITY); DEO BESANA (OFFICIAL CAPACITY); KAERN YVONNE DALAVAI (NOMINAL DEFENDANT); JANE SHERIL DALAVAI (NOMINAL DEFENDANT); EMIL JASON DALAVAI (NOMINAL DEFENDANT) | |
| **Defendant(s)** | |

//

//

//

//

**TO THE HONORABLE COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 7.1(g), Plaintiff Randal Jerome Dalavai hereby withdraws the previously filed *Memorandum of Points and Authorities in Support of Plaintiff's Opposition to Defendants' Motion to Quash Proofs of Service and Set Aside Entry of Default* (ECF No. 120), which was dated June 26, 2024.

The withdrawal is necessary due to a clerical error in the signature date, which incorrectly listed the year as 2024 instead of 2025. A corrected version bearing the accurate execution date is being refiled concurrently with this notice.

Dated: June 30, 2025
Respectfully submitted,
 **S/ Randal Jerome Dalavai**
Randal Jerome Dalavai
Plaintiff In Pro Se