ROB BONTA
Attorney General of California
JULIE T. TRINH
Supervising Deputy Attorney General
SUMMER BOSSE
Deputy Attorney General
State Bar No. 353129
  600 West Broadway, Suite 1800
  San Diego, CA 92101
  Telephone:  (619) 738-9315
  Fax:  (916) 732-7920
  E-mail:  summer.bosse@doj.ca.gov
*Attorneys for Defendants*
*Donna Loza and Deo Besana, in their*
*official capacities*
**Special Appearance**

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RANDAL JEROME DALAVAI,**<br><br>Plaintiff,<br><br>**v.**<br><br>**DONNA LOZA (official capacity);<br>DEO BESANA (official capacity),**<br><br>Defendants. | 3:22-cv-01471-CAB-DDL<br><br>**DEFENDANTS' RESPONSE TO JUNE 24, 2025, ORDER TO SHOW CAUSE**<br><br>Date:        July 8, 2025<br><br>Courtroom: 15A<br>Judge:       The Honorable Cathy Ann Bencivengo<br><br>Action Filed:      9/29/2022 |

**DEFENDANTS' RESPONSE TO OSC**

On June 23, 2025, Defendants filed their Motion to quash the March 6, 2025, proofs of service, and set aside the April 24, 2025 entries of default.  ECF No. 118. On June 24, 2025, this Court informed Defendants that, on June 16, 2025, plaintiff filed a notice of appeal contesting the Court's final judgment dismissing this case with prejudice.  As a result, the Court issued an Order to Show Cause (OSC), ordering Defendants "to provide authority explaining how this Court has

1

jurisdiction to adjudicate their [M]otion given the noticed appeal." ECF No. 119. The OSC noted that, although the Clerk ministerially entered default, there is not default judgment against the Defendants since the Court denied plaintiff's motion for default. *Ibid.*, citing to ECF 97, 106.

In response to the OSC, the Defendants do not dispute that the Court does not retain jurisdiction to adjudicate Defendants' Motion while there is a pending appeal. However, while there has been no formal default judgment entered against Defendants, entries of default have been entered against them despite plaintiff's failure to properly serve his third amended complaint on the Defendants as required by Federal Rule of Civil Procedure, rule 4.

Accordingly, Defendants withdraw the Motion without prejudice. Defendants reserve their right to refile the Motion in the event that jurisdiction is returned to the Court following the conclusion of the pending appeal.

Dated: July 8, 2025                          Respectfully submitted,

                                             ROB BONTA
                                             Attorney General of California
                                             JULIE T. TRINH
                                             Supervising Deputy Attorney General

                                             SUMMER BOSSE
                                             Deputy Attorney General
                                             *Attorneys for Defendants*
                                             *Donna Loza and Deo Besana, in*
                                             *their official capacities*
                                             ***Special Appearance***

## CERTIFICATE OF SERVICE

Case Name:  __**Dalavai v. Loza, et al.**__          No.  __**3:22-cv-01471-CAB-DDL**__

I hereby certify that on __**July 8, 2025**__, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **DEFENDANTS' RESPONSE TO JUNE 24, 2025, ORDER TO SHOW CAUSE**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on __**July 8, 2025**__, at San Diego, California.

| | |
|---|---|
| G. Lopez | |
| Declarant | Signature |

SD2025801406
85231971.docx