UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDAL JEROME DALAVAI,<br><br>                        Plaintiff,<br><br>v.<br><br>DONNA LOZA, et al.,<br><br>                       Defendants. | Case No.: 3:22-cv-01471-CAB-WVG<br><br>**ORDER**<br><br>[Doc. No. 118] |

Defendants Loza and Besana have confirmed that this Court does not currently have jurisdiction to adjudicate their motion to quash. [Doc. No. 118.] That motion is deemed withdrawn without prejudice.

It is **SO ORDERED**.

Dated: July 8, 2025

Hon. Cathy Ann Bencivengo
United States District Judge